```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12887
   BRYAN DAY SR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3137


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/10/2006 and was confirmed 03/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/25/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00           .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE        .00           .00           .00
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED           .00           .00
GENERAL MOTORS ACCEPTANC  SECURED NOT I   56063.93           .00           .00
GMAC                      FILED LATE      29297.26           .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER    2500.00         26.18        1411.08
CAPITAL ONE               UNSEC W/INTER    1046.79         38.81         479.33
CITY OF CHICAGO PARKING   UNSEC W/INTER      90.00          3.34          41.21
DIRECT MERCHANTS BANK     UNSEC W/INTER  NOT FILED           .00           .00
VILLAGE OF RICHTON PARK   UNSEC W/INTER     500.00         18.54         228.95
HARLEM FURNITURE          SECURED             .00           .00           .00
CAPITAL ONE               UNSEC W/INTER    1130.90         11.31         517.84
NORTHERN FUNDS NORTHERN   NOTICE ONLY    NOT FILED           .00           .00
SALLIE MAE GUARANTEE SER  UNSEC W/INTER    9757.73        361.80        4468.06
GMAC                      NOTICE ONLY    NOT FILED           .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY     1,600.00                     1,600.00
TOM VAUGHN                TRUSTEE                                        608.51
DEBTOR REFUND             REFUND                                         130.04

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 9,945.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    7,146.47
    INTEREST                                   459.98
ADMINISTRATIVE                               1,600.00
TRUSTEE COMPENSATION                           608.51
DEBTOR REFUND                                  130.04

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 12887 BRYAN DAY SR
```

```
                             ---------------      ---------------
TOTALS                              9,945.00             9,945.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```